UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA ANN FORTIER,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>  Defendant. | No. CV-11-3044-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

Based on the stipulation of the parties,

**IT IS ORDERED** that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).  Upon remand, the administrative law judge shall hold a *de novo* hearing. The court retains jurisdiction.  The case shall remain open.

DATED August 3, 2011.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1