1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| LISA ANN FORTIER, | No. CV-11-3044-CI |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | |
| CAROLYN W. COLVIN, | |
| Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that**:**

The parties' Stipulated Motion for entry of judgment in favor of Plaintiff (ECF No. 11) is **GRANTED**.  The ALJ's July 26, 2012 decision (ECF No. 11, Att. 2) is **AFFIRMED**.  Judgment is entered for Plaintiff.

DATED:  March 26, 2013

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk